| Fill in this information to identify the case: |
|---|
| Debtor 1   John Allen Williams |
| Debtor 2   _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of OHIO |
| Case number 2:19-bk-58167 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 9988

**Date of payment change:** 6/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $2,604.48
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $836.80        New escrow payment: $970.51

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:     New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Debtor 1  John Allen Williams
       Print Name    Middle Name    Last Name

Case number *(if known)* 2:19-bk-58167

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Susana E. Lykins      Date    04/30/2021
Signature

| | | | | |
|---|---|---|---|---|
| Print | Susana    E.    Lykins | | Title | Authorized Agent for Creditor |
| | First Name  Middle Name  Last Name | | | |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | |
| Address | 10700 Abbott's Bridge Rd, Suite 170 | | | |
| | Number  Street | | | |
| | Duluth GA 30097 | | | |
| | City          State    ZIP Code | | | |
| Contact Phone | 470-321-7112 Ext 145 | | Email | slykins@raslg.com |

**\*\*Remediation has been completed and all credits/adjustments have been applied to account. To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1, after December 1, 2011 or Petition Date (whichever is later), HomePoint Financial Corporation has refunded or credited the Debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1.**

*This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John Allen Williams
958 Ballater Drive
Delaware, OH 43015

*And via electronic mail to:*

Kenneth L Sheppard, Jr
Sheppard Law Offices, Co., L.P.A.
3535 Fishinger Blvd.
Suite 190
Hilliard, OH 43026

Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 1600
Columbus, OH 43215-3419

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

By: /s/ Natalie Kirchner
Natalie Kirchner
Email: nkirchner@raslg.com

# homepoint

**ESCROW STATEMENT**

FOR RETURN SERVICE ONLY PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS

PO BOX 619063 • DALLAS, TX 75261-9063

JOHN WILLIAMS
958 BALLATER DR
DELAWARE OH 43015-7214

| | |
|---|---|
| Analysis Date: | April 27, 2021 |
| Loan Number: | |
| **New Payment Effective Date:** | **06/01/21** |
| For Inquiries: | 800.686.2404 |
| Property Address: | 958 BALLATER DR |
| | DELAWARE OH 43015 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current (from Last Analysis) | Effective 06/01/21 |
|---|---|---|
| Principal & Interest Pmt | $1,633.97 | $1,633.97 |
| Total Monthly Escrow Payment | $836.80 | $970.51 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$2,470.77** | **$2,604.48** |

| Shortage/Surplus Information | Effective 06/01/21 |
|---|---|
| Upcoming Total Annual Bills | $11,646.16 |
| Required Cushion | $1941.02 |
| Required Starting Balance | $5,823.10 |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $1,941.02. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $3,840.48 | $5,823.10 |
| JUN 2021 | $970.51 | $4,691.58 | COUNTY TAX | $119.41 | $2,102.03 |
| JUL 2021 | $970.51 | | | $1,089.92 | $3,072.54 |
| AUG 2021 | $970.51 | | | $2,060.43 | $4,043.05 |
| SEP 2021 | $970.51 | | | $3,030.94 | $5,013.56 |
| OCT 2021 | $970.51 | $2,263.00 | PROPERTY INS | $1,738.45 | $3,721.07 |
| NOV 2021 | $970.51 | | | $2,708.96 | $4,691.58 |
| DEC 2021 | $970.51 | | | $3,679.47 | $5,662.09 |
| JAN 2022 | $970.51 | $4,691.58 | COUNTY TAX | ($41.60) | $1,941.02 |



Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

JOHN WILLIAMS
958 BALLATER DR
DELAWARE OH 43015-7214

Property Address:
958 BALLATER DR
DELAWARE OH 43015

Analysis Date: April 27, 2021

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| FEB 2022 | $970.51 | | | $928.91 | $2,911.53 |
| MAR 2022 | $970.51 | | | $1,899.42 | $3,882.04 |
| APR 2022 | $970.51 | | | $2,869.93 | $4,852.55 |
| MAY 2022 | $970.51 | | | $3,840.44 | $5,823.06 |
| | $11,646.12 | $11,646.16 | | | |

## Annual Escrow Account Disclosure Statement
## Account History

The following statement of activity in your escrow account from January 2020 through May 2021 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | Starting Balance | $4,970.64 | ($14,300.29) |
| JAN | $836.80 | | ($4,133.84) | $4,116.79 * | COUNTY TAX | $1,673.60 | ($18,417.08) |
| FEB | $836.80 | | | | | $2,510.40 | ($18,417.08) |
| MAR | $836.80 | | | | | $3,347.20 | ($18,417.08) |
| APR | $836.80 | | | | | $4,184.00 | ($18,417.08) |
| MAY | $836.80 | | | | | $5,020.80 | ($18,417.08) |
| JUN | $836.80 | | ($4,133.84) | | COUNTY TAX | $1,723.76 | ($18,417.08) |
| JUL | $836.80 | | | $4,116.79 * | COUNTY TAX | $2,560.56 | ($22,533.87) |
| AUG | $836.80 | $3,888.78 * | | | | $3,397.36 | ($18,645.09) |
| SEP | $836.80 | | | $2,263.00 * | HAZARD INS | $4,234.16 | ($20,908.09) |
| OCT | $836.80 | $2,110.82 * | ($1,774.00) | | PROPERTY INS | $3,296.96 | ($18,797.27) |
| NOV | $836.80 | $1,055.41 * | | | | $4,133.76 | ($17,741.86) |
| DEC | $836.80 | | | | | $4,970.56 | ($17,741.86) |
| JAN | | $2,110.82 * | | $4,691.58 * | COUNTY TAX | $4,970.56 | ($20,322.62) |
| MAR | | $1,055.41 * | | | | $4,970.56 | ($19,267.21) |
| APR | | $22,270.89 * | | | | $4,970.56 | $3,003.68 |
| MAY | | $836.80 * | | | | $4,970.56 | $3,840.48 |
| | $10,041.60 | $33,328.93 | -$10,041.68 | $15,188.16 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

We anticipate the total of your coming year bills to be $11,646.16. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $970.51 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $970.51 |


EQUAL HOUSING LENDER

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

███████████████████████████████

JOHN WILLIAMS
958 BALLATER DR
DELAWARE OH 43015-7214

Property Address:
958 BALLATER DR
DELAWARE OH 43015

Analysis Date:  April 27, 2021                                    ████████████████████

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Did your monthly escrow bill go up?

**Get a quote from Hippo Insurance to see if you can lower your monthly payments again.**

This escrow analysis might have raised your payments, but Homepoint customers have saved an average of $400 annually when switching to Hippo Insurance.

Visit myhippo.com/homepointfinancial to get a quote.



homepoint + hippo

# homepoint + hippo

**EQUAL HOUSING LENDER**

homepoint.com

Home Point Financial Corporation d/b/a Homepoint. NMLS No.7706 (For licensing information, go to: www.nmlsconsumeraccess.org). Home Point Financial Corporation does not conduct business under the name, "Homepoint" in IL, KY, LA, MD, NY, or WY. In these states, the company conducts business under the full legal name, Home Point Financial Corporation. 2211 Old Earhart Road, Suite 250, Ann Arbor, MI 48105. Toll-Free Tel: 888-616-6866. Arizona License No. 0930854; Loans made or arranged pursuant to a California Financing Law license; Licensed by the Department of Financial Protection and Innovation; Massachusetts Mortgage Lender; Licensed by the New Jersey Department of Banking and Insurance; Licensed Mortgage Banker—N.Y.S. Department of Financial Services (For New York Residents, visit www.homepointfinancial.com/licenses for additional information); Rhode Island Licensed Lender. Some products may not be available in all states. Advertised information, rates and pricing are subject to change without prior notice and may not be available at commitment or lock-in. This is not a commitment to lend. Other restrictions may apply. © 2020 Home Point Financial Corporation d/b/a Homepoint. All rights reserved. "Homepoint" is the trademark of Home Point Financial Corporation. All other trademarks are the property of their respective owners. For Licensing and Disclaimers visit www.homepointfinancial.com/licenses.